IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARLA FERGUSON**                                              **PETITIONER**

No. 4:25-CV-00514 JM/PSH

**CITY OF CLINTON**                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 29th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE